# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL HARRIS, et al., | ) | |
| | ) | CASE NO. 5:23-CV-1290 |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | ORDER OF REFERRAL |
| CITY OF AKRON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration and pursuant to LR 37.1, et seq., this matter is hereby referred to Magistrate Judge James E. Grimes Jr. to conduct a conference with regard to a discovery dispute conveyed by parties at the status conference held on January 17, 2024.  Any subsequent matters or pleadings filed that are related to this discovery dispute should be referred to Magistrate Judge James E. Grimes Jr.

**IT IS SO ORDERED.**

Dated:  January 17, 2024                    _s/       James S. Gwin_____
                                                                JAMES S. GWIN
                                                                UNITED STATES DISTRICT JUDGE