UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING

MICHAEL HARRIS, *et al.*,

        Plaintiffs,

v.

CITY OF AKRON, *et al*,

        Defendants.

CASE NO: 5:23-cv-1290

DISTRICT JUDGE
JAMES S. GWIN

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDING: On January 22, 2024, I held a mediation follow-up by videoconference. Present were Elizabeth M. Bonham as counsel for plaintiffs and John C. Reece, Kirsten Leigh Smith, and Brian D. Bremer as counsel for the City of Akron defendants.

Counsel advised that the plaintiffs and the City of Akron defendants have agreed to a resolution in this case. The parties will finalize a settlement agreement by February 2; the first payment will be made by February 23; and the parties' stipulated notice of dismissal with prejudice and other various housekeeping dismissal motions will be filed by March 1, 2024. The Court will retain jurisdiction over the settlement agreement. The parties' discovery dispute, *see* Doc. 48, is moot.

This case will proceed with the plaintiffs Jordan Mays's and Harshita Ray's claims against defendant University of Akron Officers Kabellar and Ullum.

Time: 15 minutes

Dated: January 22, 2024

        */s/James E. Grimes Jr.*
        James E. Grimes Jr.
        U.S. Magistrate Judge