UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING

MICHAEL HARRIS, *et al.*,

                Plaintiffs,

        v.

CITY OF AKRON, *et al*,

                Defendants.

CASE NO: 5:23-cv-1290

DISTRICT JUDGE
JAMES S. GWIN

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDING:   On February 6, 2024, I held a mediation follow-up by videoconference with counsel. Present were Elizabeth M. Bonham and Sarah J. Gelsomino for plaintiffs and John C. Reece, Kirsten Leigh Smith, and Vonsheay V. Brown for the City of Akron defendants.

After discussion, the parties agreed to a plan to finalize the settlement agreement. A follow-up videoconference is set for February 13, 2024, at 4:00 pm.

Time:  1 hour, 30 minutes

Dated: February 6, 2024

              ___*/s/James E. Grimes Jr.*___
              James E. Grimes Jr.
              U.S. Magistrate Judge