UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING

| | |
|---|---|
| MICHAEL HARRIS, *et al.*, | |
| | CASE NO: 5:23-cv-1290 |
| Plaintiffs, | |
| | DISTRICT JUDGE |
| v. | JAMES S. GWIN |
| | |
| CITY OF AKRON, *et al*, | MAGISTRATE JUDGE |
| | JAMES E. GRIMES JR. |
| Defendants. | |

PROCEEDING: On February 13, 2024, I held a follow-up videoconference. Present were counsel Elizabeth M. Bonham for plaintiffs and client representative for the City of Akron defendants Deborah Matz with counsel John C. Reece and Kirsten Leigh Smith.

Counsel reported that the parties have finalized their settlement agreement and read the material terms of the agreement into the record. The parties anticipate following the schedule set forth in the prior minute order, Doc. 52, as to payment and the filing of dismissal motions and notices.

Time: 12 minutes

Dated: February 13, 2024

  */s/James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge