IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL HARRIS, ET AL., ) | |
| ) | CASE NO.: 5:23-cv-01290 |
| PLAINTIFFS, ) | |
| v. ) | JUDGE JAMES S. GWIN |
| ) | |
| CITY OF AKRON, ET AL., ) | ORDER |
| ) | |
| DEFENDANT. ) | |

Upon representation of counsel and parties, all claims in the above-captioned case have been settled between twenty-two Plaintiffs Nemet Alrawajefeh, Bianca Austin, Jovanna Beasley, Jacob Blake Sr., Jay Boden, Quinton Byrd, Devonte Clark, Devonna Culver, Janae Fort, Michael Harris, Ayomide Manns, Damean Martin, Caleb Mays, Harrison Mills, Cortez Rice, Natalia Robanhode-Wyrd, Brandon Robinson, Jack Rohrer, Mykia Johnson, Evan O'Reilly, Emily Terry, and Brandon Wright; and Defendants the City of Akron, Mayor Daniel Horrigan, former Chief Of Police Stephen Mylett, Deputy Chief Of Police Jesse Leeser, Captain Michael Yohe, Captain Steven Swartz, Captain Christopher Brewer, Captain David Laughlin, Captain Michael Rinn, Lt. Daniel Marks, Lt. Richard Kuznik, Lt. Michael Miles, Lt. David Garro, Lt. Forrest Kappler, Sgt. Ron Black, Sgt. Utomhin Okoh, Sgt. Todd Sinsley, Sgt. Nathaniel Milstead, Sgt. Vincent Tersigni, Akron Police Officer Kelly Brown, Akron Police Officer Richard Doney, Officer Aaron Brown, Sergeant Jeffrey Smith, Officer Thomas Shoemaker, Officer Dylan Thompson, Officer Olivia Jackson, Officer Ty Taylor, Officer Leah Donohew, Officer Brian Boss, Officer Matthew Akers, Officer Matthew Crawford, Detective Joseph Smith, Detective Robert Vanek, Officer Thomas Phillips, Lieutenant Matthew Whitmire, Officer Lauri Natko, Sergeant Michael Orrand, Lieutenant Patrick Neumann, and Officer Patrick Didyk.

The Court ORDERS that the docket be marked, "settled and dismissed with prejudice" as to claims between the above Parties.

Parties are to file any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action as directed. Any such order shall supersede this order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: March 7, 2024                          s/  *James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE