IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HARRIS, et al. | ) | Case No. 5:23-cv-01290 |
| | ) | |
| *Plaintiffs* | ) | JUDGE JAMES GWIN |
| | ) | |
| -vs- | ) | **JOINT STIPULATED DISMISSAL** |
| | ) | |
| CITY OF AKRON, et al. | ) | |
| | ) | |
| *Defendants* | ) | |

Pursuant to the terms of their settlement agreement and under Federal Rule of Civil Procedure 41(1)(A)(ii), Plaintiffs Harshita Ray and Jordan Mays and Defendants University of Akron Officers Kevin Kabellar and Christina Ullum stipulate to the dismissal of this action with prejudice, the parties to bear their own costs. The parties respectfully request that the Court enter an order accordingly.

Respectfully submitted,

/s/ Elizabeth Bonham
Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
Elizabeth Bonham (0093733)
Friedman, Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
marcus@FGGfirm.com
elizabeth@FGGfirm.com

*Counsel for Plaintiffs*

/s/ Andrew R. Zellers
Andrew Zellers (Ohio Bar #0087420)
Justin S. Greenfelder (Ohio Bar #0077924)
Buckingham, Doolittle & Burroughs, LLC
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333-8398
Telephone: (330) 376-5300
Fax: (330) 258-6559
Email: azellers@bdblaw.com
   jgreenfelder@bdblaw.com

*Special Counsel for Defendants*
*University of Akron Officers Kevin Kabellar, Christina Ullum, and Chief James Gilbride*

# CERTIFICATE OF SERVICE

I certify that on June 20, 2024, I filed the foregoing using the Court's CM/ECF system and that all counsel of record will receive service through that system.

/s/Elizabeth Bonham
Elizabeth Bonham (0093733)
One of the attorneys for Plaintiffs

4860-3385-3386, v. 1